Joseph RUSSO, Appellant

v.

Honorable Pamela Pryor DEMBE, President Judge of the Board of Judges of Philadelphia and Amy L. Kurland, the Office of the Inspector General, Appellees.

Supreme Court of Pennsylvania.

Nov. 17, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2010, the Order of the Commonwealth Court is hereby **AFFIRMED.**

Gordon D. HACKADAY, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Nov. 17, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of November, 2010, the Order of the Commonwealth Court is **AFFIRMED.**